# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIMOTHY COMANS

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
TIMBERLINE TRADING OF
MISSOURI, LLC AND MICHAEL
GLOBE

NO.  2019 CW 1220

DEC 0 6 2019

---

In Re:   State   Farm   Mutual   Automobile   Insurance   Company,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, No. 653,413.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.**  See **Timothy Comans v. State Farm
Mutual Automobile Insurance Company, Timberline Trading of
Missouri, LLC, and Michael Globe,** 2019 CW 1173, issued this same
day.

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT